No. 273, Misc. MUNDT ET UX. *v.* ZALUSKEY ET UX., *ante,* p. 871;

No. 482, Misc. BOOZE *v.* VIRGINIA, *ante,* p. 991;

No. 776, Misc. BLACK *v.* NEW YORK, *ante,* p. 980; and

No. 841, Misc. WARRINER *v.* FERRARO ET AL., *ante,* p. 995. Petitions for rehearing denied.

No. 549. KELBERINE ET AL. *v.* SOCIETE INTERNATIONALE POUR DES PARTICIPATIONS INDUSTRIELLES ET COMMERCIALES, S. A., ET AL., *ante,* p. 989. Petition for rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this petition.

No. 659. WISCONSIN *v.* MILWAUKEE BRAVES, INC., ET AL., *ante,* p. 990. Petition for rehearing denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.

No. 685, Misc. STILTNER *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL., *ante,* p. 941. Motion for leave to file petition for rehearing denied.